UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARCIA THOMAS,                    )
                                  )
            Plaintiff,            )
                                  )
v.                                )         **JUDGMENT**
                                  )
                                  )         No. 5:16-CV-727-FL
THE METHODIST UNIVERSITY, INC.,   )
                                  )
            Defendant.            )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 9, 2016, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 9, 2016, and Copies To:**

David Coats and Daniel McPherson Nunn (via CM/ECF Notice of Electronic Filing)
Marcia Thomas (via U.S. Mail) 6940 Wadsworth Place, Fayetteville, NC 28314


September 9, 2016                 JULIE RICHARDS JOHNSTON, CLERK
                                   /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk